Lamont MINOR, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 53733.

Missouri Court of Appeals, Western District.

June 17, 1997.

Andrew A. Schroeder, Asst. Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jacqueline K. Hamra, Asst. Atty. Gen., Jefferson City, for Respondent.

Before ULRICH, C.J., P.J., and LOWENSTEIN and EDWIN H. SMITH, JJ.

### ORDER
PER CURIAM.

After pleading guilty to first degree robbery and armed criminal action, appellant was sentenced to ten years imprisonment. Appellant filed his Rule 24.035 Motion for postconviction relief out of time. The motion was dismissed. Appellant's failure to file a motion for relief within 90 days of his delivery to the Missouri Department of Correc-

tions is, in itself, a complete waiver to purse a Rule 24.035 claim. Judgment affirmed.

■

Brenda Lee NEWBANKS, Respondent,

v.

Warren Douglas NEWBANKS, Appellant.

No. WD 52988.

Missouri Court of Appeals, Western District.

June 17, 1997.

David L. Knight, Columbia, for Respondent.

Kurt L. Hellmann, Union, for Appellant.

Before ELLIS, P.J., and LOWENSTEIN and HOWARD, JJ.

### ORDER
PER CURIAM.

Following the Judgment and Decree of Dissolution of Marriage, appellant alleges an abuse of discretion by the trial judge in dividing the marital assets.

Judgment Affirmed. Rule 84.16(b).